IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANE R. CARL,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>    Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 1:18-CV-90-RJS<br><br>Chief District Judge Robert J. Shelby |

  Reviewing this prisoner civil-rights complaint under 28 U.S.C.S. § 1915A (2019), in an Order dated January 30, 2019, the Court deemed it deficient. (Doc. No. 9.) The Court gave directions for curing the deficiencies, sent Plaintiff a "Pro Se Litigant Guide" (with a civil-rights complaint form), and ordered the deficiencies be cured within thirty days. The Court has not since heard from Plaintiff. Indeed, the Court has not heard at all from Plaintiff since he filed a supplement to his complaint on October 15, 2018--nearly seven months ago.

  **IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This action is **CLOSED.**

    DATED this 13th day of May, 2019.

            BY THE COURT:

            _____
            CHIEF JUDGE ROBERT J. SHELBY
            United States District Court